# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RICHARDS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED DOMINION REALTY TRUST, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-08100-SI<br><br>**JUDGMENT** |

This action has been dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 27, 2020

SUSAN ILLSTON
United States District Judge